CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| LARRY DARNELL COLEMAN, | ) CASE NO. 7:11CV00561 |
| Plaintiff, | ) |
| vs. | ) FINAL ORDER |
| DR. UZMA ALI, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as to plaintiff's claims under 42 U.S.C. § 1983, and pursuant to 28 U.S.C. § 1367(c), as to any claims under state law; plaintiff's pending motion to proceed in forma pauperis (ECF No. 2) is **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 30th day of NOVEMBER, 2011.

/s/ Glen E. Conrad
Chief United States District Judge